IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICO BENTON**  **PLAINTIFF**
**ADC #97236**

v.   Case No. 5:19-cv-00185-BSM

**WENDY KELLEY,** *et al.*  **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 49] has been received. After reviewing the record *de novo*, the RD is adopted. The motion for summary judgment on the issue of exhaustion [Doc. No. 39] is granted, and Wendy Kelley and William Straughn are dismissed without prejudice.

IT IS SO ORDERED this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE