IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICO BENTON**                                                                 **PLAINTIFF**
**ADC #97236**

v.                      **CASE NO. 5:19-CV-00185-BSM**

**WENDY KELLY**, *et al.*                                        **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No.67] has been received. After reviewing the record *de novo*, the RD is adopted. Defendants' motion for summary judgment [Doc. No. 61] is granted, and Rico Benton's complaint is dismissed with prejudice. Benton's pending motions [Doc. Nos. 68, 72] are denied as moot.

IT IS SO ORDERED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE