IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICO BENTON**                                                                                          **PLAINTIFF**
**ADC #97236**

v.                                    CASE NO.  5:19-CV-00185-BSM

**WENDY KELLY,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE